# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| DEREK BRIGGS | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 6:18CV456 |
| | § | |
| DEBORAH COCKRELL, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On March 8, 2019 (Dkt. #9), the report of the Magistrate Judge was entered containing his proposed findings of fact and recommendations that the Plaintiff's lawsuit should be dismissed without prejudice for failure to prosecute or to obey an order of the court.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is, therefore,

**ORDERED** that the Magistrate Judge's report is **ADOPTED** as the opinion of the court. It is further

**ORDERED** that the Plaintiff's lawsuit is **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** this the 21st day of May, 2019.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE